IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SOCAL DAB TOOLS, LLC d/b/a  )
Dab Rite and SAMUEL L.       )
MORRIS, III,                 )
                             )
     Plaintiffs,             )
                             )    CIVIL ACTION NO.
     v.                      )      2:22cv128-MHT
                             )          (WO)
VENTURE TECHNOLOGIES, LLC    )
d/b/a TempTech,              )
                             )
     Defendant.              )
```

## ORDER

It is ORDERED that the motion to dismiss (Doc. 20) is set for submission, without oral argument, on May 27, 2022, with any opposition brief due by May 20, 2022, and any reply to the opposition due by May 27, 2022.

DONE, this the 22nd day of April, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**