IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SOCAL DAB TOOLS, LLC d/b/a )
Dab Rite and SAMUEL L.      )
MORRIS, III,                )
                            )
     Plaintiffs,            )
                            )       CIVIL ACTION NO.
     v.                     )         2:22cv128-MHT
                            )            (WO)
VENTURE TECHNOLOGIES, LLC   )
d/b/a TempTech,             )
                            )
     Defendant.             )

ORDER

In light of the filing of the amended complaint (Doc. 26), it is ORDERED that the motion to dismiss (Doc. 20) is denied without prejudice as moot.

DONE, this the 27th day of April, 2022.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE